**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00262 |
| | ) | Judge Trauger |
| ROBERT KERRY PICKLE, | ) | |
| DANIEL HUDGINS, and | ) | |
| CHRISTOPHER SHANE NICHOLS | ) | |

**O R D E R**

Defendant Pickle's Motion to Sever (Docket No. 102), which is not opposed by the

government (Docket No. 108), is **GRANTED**. Defendant Pickle is hereby **SEVERED** for trial

from the other two defendants in this case. The trial of defendants Hudgins and Nichols remains

set on June 21, 2011. By separate order, the trial of defendant Pickle is being reset for July 5,

2011.

It is so **ORDERED**.

ENTER this 29th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge